# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOB ESCREZA MOHLER, | : | No.: 4:17-CV-00303 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| FRESH VIEW SOLUTIONS and CACH LLC, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of November 2017, in light of Magistrate Judge William I. Arbuckle's report to the Court indicating that the matter has settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge